UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RAUCH INDUSTRIES, INC.,

                    Plaintiff,

      -against-

HEART ARTIST LLC, *et al.*,

                    Defendants.
------------------------------------------------------------------X

**25 Civ. No. 7950 (JHR) (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Monday, November 24, 2025 at 3:30 p.m.**  The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: <u>Click here to join the meeting</u>.  **Meeting ID: [259 483 607 949 8]  Passcode: [pe2PD9Rf]**

      SO ORDERED.

DATED:      New York, New York
                  November 17, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge