**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
RAUCH INDUSTRIES, INC.,

                            Plaintiff,

               -against-

HEART ARTIST LLC, *et al.,*

                       Defendants.
------------------------------------------------------------------------X

            **25 Civ. No. 7950 (JHR) (GS)**

                  **ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court previously ordered that Respondents were required to respond to Petitioner's Petition to Confirm Arbitration Award by January 30, 2026. (Dkt. No. 31). Moreover, the Court noted that, as an artificial entity, Respondent Heart Artist LLC ("Heart Artist") may only appear in this action through counsel, although Respondent Radko was free to proceed *pro se.* The Court warned that if "no appearance by counsel [for Heart Artist] is filed, the Court may treat Rauch's Petition as unopposed with respect to Heart Artist." However, neither Respondent has filed anything in this matter since then. In the interest of resolving matters on the merits and extending all grace to *pro se* parties, the Court *sua sponte* extends the deadline for Respondents to file an opposition to the Petition to Confirm Arbitration Award to Friday, February 27, 2026. However, absent any request for further extension with good cause, the Court will extend this deadline no further. Moreover, should either Respondent fail to meet that deadline, the Court will treat Rauch's Petition as unopposed with respect to that party, and recommend judgment accordingly. Additionally, the Court again attaches the flyer containing contact information for the City Bar Justice Center's Federal Pro Se Legal Assistance Project, should Respondent Radko wish to utilize their services.

**SO ORDERED.**

DATED:      New York, New York
            February 6, 2026

_____
The Honorable Gary Stein
United States Magistrate Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)


CITY BAR
JUSTICE
CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.